GEORGE HOLMES et al., Respondents, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant.

Argued October 14, 1946; decided November 14, 1946.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for appellant.
*Harry Hartman* and *Louis A. Ascher* for plaintiff.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. THACHER and DYE, JJ., dissent on the ground that the plaintiff Holmes was guilty of contributory negligence as matter of law.